Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE BARON,<br><br>Defendant. | Case No.: CIV- 04-6333 REC DLB<br><br>**ORDER OF REFERENCE TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |

Having reviewed the Stipulation Consenting to Jurisdiction by a United States Magistrate Judge filed herein by Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Steve Baron on April 28, 2005, and such other pleadings and documents deemed appropriate by this Court, and for good cause appearing, **IT IS ORDERED** that this case be referred to the Honorable Dennis L. Beck, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 626(c) and Federal Rule of Civil Procedure 73.

Dated: _____June 21, 2005_

_____ROBERT E. COYLE_____
Honorable Robert E. Coyle
United States District Court
Eastern District of California

BNFY 571768v1                   1                   (CIV-04-6333 REC DLB)
**[PROPOSED] ORDER OF REFERENCE TO JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com