1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER NEMER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: btran@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                    **FRESNO DIVISION**

11 DIRECTV, INC., a California corporation,   Case No. 1: 04 CV 6333 DLB

12         Plaintiff,                          Hon. Dennis L. Beck

13         vs.                                 **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT STEVE BARON AND REQUEST TO RETAIN JURISDICTION**

14 STEVE BARON,

15         Defendant.

BNFY 711685v1                    -1-                    (CIV-F-04-6333 DLB)
**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT STEVE BARON AND REQUEST TO RETAIN JURISDICTION**

1 **ORDER**

2 HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3 Dismissal of Defendant Steve Baron And Request to Retain Jurisdiction, and such other

4 pleadings, documents and records deemed appropriate by the Court, and good cause appearing

5 therefore, IT IS HEREBY ORDERED:

6     (1)    Defendant Steve Baron ("Defendant") is hereby dismissed from this action

7 without prejudice;

8     (2)    Each of said parties to bear its/his own costs and attorneys' fees; and

9     (3)    The Court shall retain jurisdiction over DIRECTV and Defendant to

10 enforce specified terms of the Settlement Agreement between those parties dated October 4, 2005

11 and hereby refers any further proceedings in this action to enforce such terms of the Settlement

12 Agreement to a Magistrate Judge of this District.

13

14 Dated: November 17, 2005

                                                      /s/ Dennis L. Beck
Honorable Dennis L. Beck
United States Magistrate Judge
Eastern District of California

**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT STEVE BARON AND REQUEST TO RETAIN JURISDICTION**